**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In Re:　　　　　　　　　　　　　　　　　　　　　　　Case No.: 20-17132-LMI
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
**CARLOS WEISSENBERG**

Debtor(s)._____/

**Response to Order to Show Cause, (Docket Entry 25)**

　　　COMES NOW Robert Pereda, Esq., and respectfully requests that the court Discharge the Order to Show Cause, Docket Entry 25, and in support of which states:

1. Debtor commenced this case on June 30, 2020, by filing a voluntary petition for relief under Chapter 7 of Title 11, of the United States Bankruptcy Code.

2. Counsel filed a skeleton petition as Debtor was in litigation in a State Court Civil matter and time was of the essence.

3. The deficiency deadline was July 14, 2020.

4. During this period, counsel was working out of his home due to the stay at home order in the State of Florida. However, Counsel ended up contracting Covid in mid-July, testing positive on July 19, 2020.

5. Counsel communicated with the trustee's office seeking extensions and was accommodated by the trustee and the 341 meeting was ultimately continued to September 11, 2020.

6. Upon receiving the continuance Counsel filed a motion to extend time so the case would not be dismissed.

7. A hearing was set on the motion to extend time for 9/8/2020.

8. Prior to the hearing Counsel filed all schedules on 9/3/2020.

9. Counsel mistakenly believed the hearing would be moot as the schedules had been filed.

10. Counsel did not discover this error until receiving the Order to Show Cause.

11. Counsel apologizes to the court for any inconvenience placed upon it.

　　　WHEREFORE, Robert Pereda, Esq. respectfully requests that this Court enter an Order Dismissing the Order to Show Cause, and any further relief this Court deems just and proper.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Robert Pereda, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　　　13418 SW 128th Street
　　　　　　　　　　　　　　　　　　　　　　　Miami, FL 33186
　　　　　　　　　　　　　　　　　　　　　　　Phone: 786-534-4150
　　　　　　　　　　　　　　　　　　　　　　　Fax: 866-668-6784
　　　　　　　　　　　　　　　　　　　　　　　Robert@roblawmiami.com
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 81985