UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

IN RE:  CASE NO.: 20-17132-LMI

Carlos R. Weissenberg

Chapter 7

Debtor
_____/

### RE-NOTICE OF RULE 2004 EXAMINATION DUCES TECUM
**(Cancels 2004 Notice for November 10, 2020)**
[Being Continued as Debtor has not provided Documents due October 31, 2020]

Trustee, Barry E. Mukamal , by the undersigned attorney, will examine Carlos R. Weissenberg  under oath on November 24, 2020 at **10:00 a.m. (Or other date agreed upon by the parties)**  at Robert C. Meyer, P.A., 2223 Coral Way, Miami, Florida 33145 and by ZOOM.  The examination may continue from day to day until completed.  If the examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony.  The scope of the examination shall be as described in Bankruptcy Rule 2004.  Pursuant to Local Rule 2004-1 no order shall be necessary.

If the examination is of a witness other than the debtor, the Local Form "Subpoena for Rule 2004 Examination" is included with this notice.

The examinee is further requested to bring to the examination all of the documents described on the attached schedule on or before November 6, 2020.

**ROBERT C. MEYER, P.A.**
Attorneys for Trustee
2223 Coral Way
Miami, FL 33145
Phone No. (305)285.8838
Fax No.(305)285.8919

By: *Robert C. Meyer*
_____
Fla. Bar # 436062

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was  served upon all listed below via CM/ECF on  November 6, 2020.

*Robert C. Meyer*
Robert C. Meyer
Florida Bar Number: 436062

Barry E Mukamal on behalf of Trustee Barry E Mukamal
bemtrustee@kapilamukamal.com, FL64@ecfcbis.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robert Pereda, Esq.
Robert@roblawmiami.com

Y:\Clients\13000\0009 - Weissenberg\BKC\Re-N'2004 2020 11 24.wpd

## I. DEFINITIONS

For purposes of this Request, the following definitions apply:

i. "Materials" shall mean all "Documents", "Writings", "Communications" as those terms are defined herein.
ii. "Persons" shall mean the plural as well as the singular and shall include any natural person, corporation, partnership, proprietorship, joint venture, association, business trust or other business enterprise, governmental body or agency, or governmental, public, legal or business entity and every other form of entity cognizable at law.
iii. "You" and "Your" refer to the party to whom this request is directed, each and every name by which the party is known or has been known and each and every employee, attorney and agent for such party.
iv. The term "Document" or "Writing" means the original and any copy whether different from the original by reason of any notation made on such copies or otherwise, regardless of the origin or location, of any written, recorded, transcribed, punched, taped, films or graphic matter, however produced or reproduced, including, but not limited to, any correspondence, telegraph book, letter, memoranda, notes, diaries, statistics, minutes, contracts, studies, checks, statements, receipts, returns, summaries, pamphlets, prospectuses, interoffice and intraoffice telephone calls, meetings or other communications, bulletins, printed matter, computer printouts, teletypes, telecopies, telefax, invoices, worksheets (and all drafts, alterations, modifications or changes to any of the foregoing); graphic and oral record or representations of any kind, including without limitation, photographs, charts, graphs, microfiche, microfilm, video tape recordings, motion pictures, electronic, mechanical or electrical records or representations of any kind, including without limitation, tapes, cassettes, discs and recordings. Such shall be deemed to include every record of every type, and is used in the broadest sense and includes any medium upon which intelligence or information can be recorded and further includes, but is not limited to, all originals, nonidentical copies and drafts of the following items, whether printed, handwritten, typed, recorded, or stored on any electromagnetic storage device, or reproduced by hand, including without limitation correspondence, memoranda, invoices, receipts, records, ledger cards or other accounting records, voucher, check, shop order, diary, calendar, instruction, summaries of personal conversations or interviews, minutes or records of meetings or conferences, transcripts, opinions or reports of consultants, projections, drafts, contracts, agreements, confirmations, statistical statements, studies, telegrams, telexes, books, notes, reports, logs, diaries, tape recordings, video cassettes and data compilations from which information can be obtained, charts, photographs, notebooks, drawings, plans, printed materials of any kind, charts and interoffice communications, and any other writing of whatever description, including but not limited to any information contained in any computer, or represented by a computer program, signed or unsigned, regardless of whether approved, signed, sent, received, redrafted, or executed, study, work paper, handwritten note, draft, demand, chart, paper, print, laboratory record, drawing sketch, diagram, form, graph, index, list, tape, photograph, microfilm, data sheet, data processing card, or any other written, recorded, transcribed, punched, taped, filmed, or graphic matter, however produced and reproduced.
v. The term "all documents" means any document as above defined known to you and every such document which can be located or discovered by reasonably diligent efforts.
vi. "Communication" means any oral or written statement, dialogue, colloquy, discussion or conversation, and also means any transfer of thoughts or ideas between persons by means of documents and includes any transfer of data from one location to another by electronic or similar means.
vii. "Drafting" shall include the systematic representation and/or dimensional specifications of mechanical and architectural structures, as elevation, landscape plans and any interpretive renderings of all of these.
viii. "Evidencing" means having a tendency to show, prove or disprove.

ix.    "Control" means in your possession, custody or control or under your direction, and includes in the possession, custody or control of those under the direction of you or your employees, subordinates, counsel, accountant, consultant, expert, parent or affiliated corporation, and any person purporting to act on your behalf.

x.    The term "identify" when used with reference to a document or written communication means:

    a.    Its nature (e.g., letter, telegram, memorandum, chart, report or study), author, date and place of preparation and the name and address of each addressee.
    b.    The identity of each signator of the document or communication.
    c.    The title or heading of the document or communication.
    d.    Its substance.
    e.    Its present (or, if the present is not known, the last known) location and custodian.
    f.    The identity of each person to whom a copy was sent and each date of its receipt and each date of its transmittal or other disposition by (i) you and (ii) any other person (naming such other person) who, at any time, either received, transmitted or otherwise disposed of such document or communication and each copy thereof.
    g.    The circumstances of each such receipt and each transmittal or other deposition, including identification of the person from whom received and the person to whom transmitted.

ix.    "Relating to" shall means concerning, respecting, referring to, summarizing, digesting, embodying, reflecting, establishing, tending to establish, derogating from, tending not to establish, evidencing, not evidencing, compromising, connected with, commenting on, responding to, disagreeing with, showing, describing, analyzing, representing, constituting, or including.

x.    "Including" shall mean including but not limited to.

xi.    The words "and" and "or" as used herein shall be construed either disjunctively or conjunctively as required by the context to bring within the scope of these Interrogatories any answer that might be deemed outside their scope by another construction.

## INSTRUCTIONS

a.    If you claim any material is privileged, please segregate that material and identify in your Response hereto the fact that there is a privilege being claimed. Keep the documents segregated so that resort to the Court may be had for purposes of a determination as to the privileged nature of such documentation. Identify each document for which privilege is claimed by name and address of the preparer and recipient, date and type of document.

b.    You are to produce the original of each document unless the same is not within your possession, custody or under your control, in which event you are to produce all copies in your possession, custody or control.

c.    When producing documents, the producing party shall identify them to correspond with the categories.

d.    When producing the documents, please keep all documents segregated by the file in which the documents are contained and indicate the name of the file in which the documents are contained and the name of the documents being produced.

e.    When producing the required documents, please produce all other documents that are clipped, stapled or otherwise attached to any requested document.

f.    In the event such file(s) or document(s) has (have) been removed, either for the purpose of this action or for some other purpose, please state the name and address of the person who

    removed the file, the title of the file and each subfile, if any, maintained within the file, and the present location of the file.

g.     If any document to be produced has been destroyed or is otherwise incapable of production, state: (a) the date, place and means of the destruction; (b) the name and address of each person deciding upon, participating in and having knowledge of the destruction; (c) the reason for the destruction; and (d) if not destroyed, the reason why the document is incapable of production.

h.     IF YOU NEED A TRANSLATOR FOR THE DEPOSITION, YOU ARE PUT ON NOTICE THAT THE SOUTHERN DISTRICT OF FLORIDA HAS COMPELLED THE PRODUCTION AND PAYMENT OF THE SAME IS A DUTY IMPOSED UPON THE DEBTOR IN COMPLYING WITH HIS OR HER DUTIES UNDER 11 U.S.C. § 521 AND ANY FAILURE TO PROVIDE FOR THE SAME MAY PERMIT THE TRUSTEE TO MOVE FOR SANCTIONS AND COSTS AGAINST THE DEBTOR FOR FAILING TO COMPLY WITH HIS STATUTORY DUTIES.

## DOCUMENTS REQUEST
Prior Subpoena in effect

1.     All papers regarding your relationship with GTF Trust Advisors, LLC for the year 2018.

2.     All papers regarding your relationship with GTF Trust Advisors, LLC for the year 2019.

3.     All documents showing ownership interest held by you in GTF Trust Advisors, LLC.

4.     All documents evidencing any relationship held by you with GTF Trust Advisors, LLC.

5.     All documents showing distribution by GTF Trust Advisors, LLC to you from 2017 to present.

6.     All documents evidencing agreements held by GTF Trust Advisors, LLC with you between 2017 and present.

7.     All books and records of GTF Trust Advisors, LLC for the years 2017, 2018 and 2019.

8.     All tax returns filed by GTF Trust Advisors, LLC for the years 2017, 2018 and 2019.

9.     All K-1 forms submitted by GTF Trust Advisors, LLC to you or any affiliate of yours for the years 2017, 2018 and 2019.

10.     All papers regarding your relationship with GTA Advisors, LLC for the year 2018.

11.     All papers regarding your relationship with GTA Advisors, LLC for the year 2019.

12.     All documents showing ownership interest held by you in GTA Advisors, LLC.

13.     All documents evidencing any relationship held by you with GTA Advisors, LLC.

14.     All documents showing distribution by GTA Advisors, LLC to you from 2017 to present.

CASE NO.: 20-17132  LMI
Page 5

15. All documents evidencing agreements held by GTA Advisors, LLC with you between 2017 and present.

16. All books and records of GTA Advisors, LLC for the years 2017, 2018 and 2019.

17. All tax returns filed by GTA Advisors, LLC for the years 2017, 2018 and 2019.

18. All K-1 forms submitted by GTA Advisors, LLC to you or any affiliate of yours for the years 2017, 2018 and 2019.

19. All tax transcripts for your personal tax returns for the years 2017 to the present.

20. All documents evidencing contracts between you and GTA Advisors, LLC for the years 2017, 2018 and 2019.

21. All documents regarding the litigation between you and any other party for the years 2018 to present.

22. All correspondence, documents prepared by, or documents tendered to any accountant for the past three years.

23. The original of all certificates of stock owned or beneficially held by you either alone or jointly with any other person for any corporation or corporations.

24. Copies of all financial statements in your possession, custody or control executed or issued by you, showing your financial condition during the past three years.

25. All documents which you believe support each of your answers in the Statement of financial Affairs and the Schedules C, I and J.

26. All documents evidencing ownership in real estate from 2018 to present.

27. All insurance policies insuring loss to any property, real or personal, that you own alone or jointly with any other person in the past three years in regard to:
 a. Homeowners
 b. Motor Vehicle
 c. Health
 d. Life
 e. Dental
 f. Any other policy.

28. An itemization of all assets at the premises of the debtor(s) but held for another.

29. An itemization of all assets of the debtor(s) being held by another.

30. All document showing a transfer of your ownership interest in GTF Trust Advisors, LLC or GTF Advisors, LLC in the past four (4) years.

31. All documents showing receipt of money or money's worth for the transfer of your interest in  GTF Trust Advisors, LLC or GTF Advisors, LLC in the past four (4) years.