

**ORDERED in the Southern District of Florida on December 14, 2020.**

*Laurel M. Isicoff*
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

CARLOS R. WEISSENBERG,                    Case No.: 20-17132-LMI

    Debtor.                                                    Chapter 7

_____/

**AGREED ORDER ON ORDER TO SHOW CAUSE WHY ATTORNEY ROBERT PEREDA SHOULD NOT BE SUSPENDED FROM THE PRACTICE OF LAW <u>IN THIS COURT</u>**

THIS MATTER came before the Court on December 7, 2020 at 9:30 a.m. upon the Order to Show Cause Why Attorney Robert Pereda Should Not Be Suspended From The Practice Of Law In This Court (the "Show Cause Order") (ECF #63). The United States Trustee announced a settlement with Mr. Pereda to address Mr. Pereda's conduct in this case and other cases. For the reasons stated on the record, the Court accepts the terms of the settlement and it is ORDERED as follows:

1. Robert Pereda shall disgorge $1,000 in fees to the chapter 7 trustee for the benefit of the estate. The payment of $1,000 shall be made by no later than March 1, 2021. Robert Pereda shall file a Certificate of Compliance within five (5) days of delivering the payment.

2. Robert Pereda shall refund $500 in fees to the debtor in the case of <u>In re Vega</u>, Case No. 20-19941-LMI. The payment of $500 shall be made by no later than April 1, 2021. Robert Pereda shall file a Certificate of Compliance within five (5) days of delivering the payment.

3. Robert Pereda shall refund $500 in fees to the debtor in the case of <u>In re Nunez</u>, Case No. 20-20162-LMI. The payment of $500 shall be made by no later than April 1, 2021. Robert Pereda shall file a Certificate of Compliance within five (5) days of delivering the payment.

4. Robert Pereda shall agree to an automatic suspension of practicing law in this District for a period of 30 days in the event he fails to attend a hearing before any judge in this District within 365 days of the entry of this Order. Mr. Pereda may only seek to void the suspension on the ground that he was physically and/or mentally incapacitated from the attending the missed hearing.

5. For a period of 365 days from the entry of this Order, Robert Pereda shall file complete schedules, together with the filing of the voluntary petition, in all new chapter 7 cases filed in this District.

6. This Court shall retain jurisdiction to enforce the terms of this Order and to impose additional conditions and/or sanctions for non-compliance.

###

Submitted by: Ariel Rodriguez, Esq.
U.S. Trustee's Office
51 SW 1st Ave.
Miami, FL 33130
Phone: (305) 536-7285
Fax: (305) 536-7360
ariel.rodriguez@usdoj.gov

Copies to:
    Ariel Rodriguez, Esq.
    Chapter 7 Trustee
    Debtor's Counsel