UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

IN RE:                                                                                          CASE NO.: 20-17132-LMI

Carlos R. Weissenberg
                                                                                                       Chapter 7
            Debtor
_____/

**TRUSTEE'S THIRD MOTION for EXTENSION of TIME
TO OBJECT to DISCHARGE and OBJECT to EXEMPTIONS**
[Agreed to by Debtor's Counsel]

Comes Now, Barry Mukamal ("**Trustee**"), by and through undersigned counsel, who files this motion and states:

1. Deadlines which pertain to this Motion are outlined in the box below:

| Item with Deadline | Date of Deadline | DE |
|---|---|---|
| Exemption | Janaury 29, 2021 | 68 |
| Discharge | January 29, 2021 | 68 |

2. This case involves significant discovery as the Debtor engaged in business transactions in South America.

3. Three requests for documents have been made by the Trustee, and, to date, the majority of the requested documents have **not** been produced by the debtor.

4. A 2004 examination had to be canceled because of the failure to produce, and presently a 2004 examination is scheduled **November 24, 2020**, but documents have yet to be produced.

5. The debtor has represented that he must obtain documents from South America, which may require significant time.

6. An order was enetred requiring documents be delivered by January 6, 2021.  Only one tax return, a 1040 for 2018, was provided in response to the ordered deadline.

7. Trustee requests that the deadlines be continued to the dates recited in the box below:

| Item with Deadline | Date of Deadline |
|---|---|
| Exemption  11 U.S.C. § 522 and Rule 4003 | March 1, 2021 |
| Discharge  11 U.S.C. § 727 and Rule 4004 | March 1, 2021 |

CASE NO.:20-17132-LMI<br>Page 2

8. Trustee has tried communicated with counsel for the Debtor, and agreement was reached for the requested extensions.

WHEREFORE, Trustee respectfully requests that the deadline extensions requested in the box under paragraph 7 be ordered as continued deadlines for the Trustee as agrred upon by Debtor's counsel.

**ROBERT C. MEYER, P.A.**
Attorneys for Trustee
2223 Coral Way
Miami, FL 33145
Phone No. (305)285.8838
Fax No.(305)285.8919

By: *Robert C. Meyer*
Fla. Bar # 436062

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF upon all listed below on January 7, 2021.

By: *Robert C. Meyer*
Robert C. Meyer

Barry E Mukamal on behalf of Trustee Barry E Mukamal
bemtrustee@kapilamukamal.com, FL64@ecfcbis.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robert Pereda, Esq.
Robert@roblawmiami.com

Eduardo Ayala Maura on behalf of Creditor Denmark Properties Limited
eayala@ayalalawpa.com, lquesada@ayalalawpa.com

Y:\Clients\13000\0009 - Weissenberg\BKC\M'Extd Deadlines 3.wpd